UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2516-JAH |
| Plaintiff, | ) ) | |
| | ) | ORDER OF CRIMINAL |
| v. | ) | FORFEITURE |
| | ) | |
| RAY ARTHUR ROSS (3), | ) ) | |
| | ) | |
| Defendant. | ) | |
|  | ) | |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in property of the above-named Defendant, RAY ARTHUR ROSS (3) ("Defendant"), pursuant to Title 21, United States Code, Section 853(a)(1), as property obtained directly or indirectly as the result of the commission of the violations charged in the Indictment, and pursuant to Title 18, United States Code, Section 982, as property involved in or traceable to the money laundering violations charged in the Indictment; and

WHEREAS, on or about July 19, 2010, Defendant pled guilty to Counts 2 and 3 of the Indictment, which plea included a consent to the forfeiture allegations of the Indictment; and

WHEREAS, the plea agreement provided that at Defendant's sentencing, the parties were to recommend to the Court which properties or assets represent the proceeds of Defendant's trafficking activities; and

//

1          WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and
2   guilty plea, the Court determined that **$92,954.51** (U.S. dollars) represents the drug proceeds the
3   Defendant obtained directly or indirectly as a result of the violation of Title 21, United States
4   Code, Sections 846 and 841(a)(1), and proceeds involved in the violation of Title 18, United States
5   Code, Sections 1956(h), 1956(a)(1)(A)(i), and 1956(a)(1)(B)(I). as charged in the Indictment; and
6          WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now
7   entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount
8   of **$92,954.51**, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal
9   Procedure; and
10         WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent
11  that the forfeiture consists of a money judgment;" and
12         WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has
13  established the requisite nexus between the $**92,954.51** judgment and the offense; and
14         WHEREAS, the United States, having submitted the Order herein to the Defendant through
15  his attorney of record, to review, and no objections having been received;
16         Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
17         1.      Defendant RAY ARTHUR ROSS (3) shall forfeit to the United States the sum of
18  **$92,954.51** pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2) and Title 18,
19  United States Code, Section 982; and
20         2.      Judgment shall be entered in favor of the United State against Defendant RAY
21  ARTHUR ROSS (3) in the amount of $**92,954.51** with interest to accrue thereon in accordance
22  with law; and
23         3.      This Court shall retain jurisdiction in the case for the purpose of enforcing the order
24  of forfeiture and collecting and enforcing the judgment; and
25         4.      Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the
26  Defendant at the time of sentencing and is part of the sentence and included in the judgment; and
27  //
28  //

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed **$92,954.51** to satisfy the money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the judgment.

DATED: August 5, 2010

JOHN A. HOUSTON
United States District Judge